

**Micah Dortch**
**Managing Partner - Dallas**
2911 Turtle Creek Blvd
Suite 1000
Dallas, TX 75219
Phone: 214.396.9427
Fax: 469.217.8296
mdortch@potts-law.com

September 30, 2020

**VIA ELECTRONIC FILING**
Hon. Paul Engelmayer
U.S. District Court
Southern District of New York
40 Foley Square, Rm 2201
New York, NY 10007

Re:   C.A. No. 1:20-cv-4514-PAE; *United States Fire Ins. Co. v. Steeltec Bulders, LLC, et al*

Dear Judge Engelmayer:

Timothy Micah Dortch, main counsel for Defendants, has not yet appeared or filed motion for his admission *pro hac vice* in this action, as the COVID pandemic is precluding Oklahoma, a state where undersigned counsel is licensed, from expeditiously issuing certificates of good standing. Upon receipt of such a certificate, counsel will file its Motion. As such, Defendants request an adjournment of the upcoming scheduling conference for 30 days until a *pro hac* motion can be correctly filed. This adjournment is not opposed by Plaintiff as a professional courtesy to counsel for Defendants, however, counsel for Plaintiff advises that he wishes that this matter will nevertheless proceed at the convenience of the Court's schedule.

In advance of the initial conference scheduled for October 1, 2020 at 2:00 p.m. EST, and in accordance with Your Honor's Notice of Initial Pretrial Conference, Plaintiff United States Fire Insurance Company ("U.S. Fire") and Defendants Steeltec Builders, LLC ("Steeltec"), Granite Industries, LLC, McClintock Homes, LLC, Michael G. Todd as trustee of the Todd Living Trust, Michael G. Todd, John Doe(s) 1-10 (Fictitious Names Representing Unknown Individuals), and XYZ Corp(s) 1-10 (Fictitious Names Representing Unknown Corporations) (collectively ("Defendants"), in the above referenced matter, submit separately a letter to address the following: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), and the history of the case; (2) any contemplated motions; and (3) the prospect for settlement.

September 30, 2020
Page 2

  We thank the Court in advance for its consideration and attention to this matter and look forward to the upcoming conference.

                   Sincerely,

                   Micah Dortch

TMD/lu

Granted. The initial pretrial conference presently scheduled for October 1, 2020 at 2:00 p.m. is rescheduled for November 5, 2020 at 10:00 a.m.

  SO ORDERED.

        PAUL A. ENGELMAYER
        United States District Judge

September 30, 2020