UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES FIRE INSURANCE COMPANY,

                          Plaintiff,

        -v-

STEELTEC BUILDERS, LLC, GRANITE INDUSTRIES, LLC, MCCLINTOCK HOMES, LLC, MICHAEL G. TODD as trustee of the TODD LIVING TRUST, MICHAEL G. TODD, JOHN DOE(S) 1-10 (FICTICIOUS NAMES REPRESENTING UNKOWN INDIVIDUALS), and XYZ CORP(S) 1-10 (FICTICIOUS NAMES REPRESENTING UNKOWN CORPORATIONS),

                          Defendant.

20 Civ. 4514 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court having been advised that all claims asserted herein have been settled in principle it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court.  Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.  Any proposed order approving the settlement agreement that seeks the Court's continued jurisdiction should either (1) expressly

state that the Court retains jurisdiction to enforce the agreement or (2) incorporate the terms of the settlement agreement in the order.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                                                                           *Paul A. Engelmayer*
                                                                                           PAUL A. ENGELMAYER
                                                                                           United States District Judge

Dated:  December 11, 2020
            New York, New York