# MᴄEʟʀᴏʏ, Dᴇᴜᴛsᴄʜ, Mᴜʟᴠᴀɴᴇʏ & Cᴀʀᴘᴇɴᴛᴇʀ, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

MICHAEL R. MORANO
Direct dial:  (973) 425-4174
mmorano@mdmc-law.com

January 7, 2021

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

> **Re:    United States Fire Ins. Co. v. SteelTec Builders, LLC, et al.**
> **Civil Action No. 1:20-cv-4514**

Dear Judge Engelmayer:

We represent Plaintiff, United States Fire Insurance Company ("U.S. Fire"). In accordance with part 1.E. of Your Honor's Individual Rules of Practice in Civil Cases,  and with the consent of counsel for Defendants, SteelTec Builders, LLC ("SteelTec"), Granite Industries, LLC, McClintock Homes, LLC, Michael G. Todd as trustee of the Todd Living Trust, and Michael G. Todd (collectively ("Defendants"), U.S. Fire submits this Letter Motion to respectfully request that Your Honor extend the date by which this action will be dismissed without prejudice from January 11, 2021 to February 1, 2021.  We are finalizing the settlement agreement. This is the first request for an extension of time.

We thank the Court in advance for its consideration and attention to this matter.  Should Your Honor have any questions or concerns, we will make ourselves available at the Court's convenience.

Respectfully submitted,

MᴄEʟʀᴏʏ, Dᴇᴜᴛsᴄʜ, Mᴜʟᴠᴀɴᴇʏ & Cᴀʀᴘᴇɴᴛᴇʀ, LLP

*/s/ Sara N. Torres*

Sara N. Torres

NEW JERSEY    NEW YORK    PENNSYLVANIA    CONNECTICUT    MASSACHUSETTS    COLORADO    DELAWARE    FLORIDA    RHODE ISLAND

## MᴄEʟʀᴏʏ, Dᴇᴜᴛsᴄʜ, Mᴜʟᴠᴀɴᴇʏ & Cᴀʀᴘᴇɴᴛᴇʀ, LLP

Page 2

cc:
Micah Dortch
Potts Law Firm
2911 Turtle Creek Blvd.
Suite 1000
Dallas Texas 75219
Email: mdortch@potts-law.com

John Christopher Luke, Jr.
Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 419
Melville, NY 11747
631-420-9300
Email: jluke@sssfirm.com

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

January 8, 2021