UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>STEELTEC BUILDERS, LLC, GRANITE INDUSTRIES, LLC, MCCLINTOCK HOMES, LLC, MICHAEL G. TODD as trustee of the TODD LIVING TRUST, MICHAEL G. TODD, JOHN DOE(S) 1-10 (FICTICIOUS NAMES REPRESENTING UNKOWN INDIVIDUALS), and XYZ CORP(S) 1-10 (FICTICIOUS NAMES REPRESENTING UNKOWN CORPORATIONS),<br><br>　　　Defendants. | Civil Action No.<br><br><br>**JUDGMENT** |

　　　Upon reading and filing the annexed Affidavit of Confession of Judgment sworn on the __28__ day of __January__, 2021, by Defendants, SteelTec Builders, LLC, McClintock Homes, LLC, Granite Industries, LLC, Michael G. Todd and the Todd Living Trust dated October 30, 2002, and this matter having been commenced by Plaintiff, United States Fire Insurance Company by the filing of a Complaint against the Defendants in the United States District Court for the Southern District of New York captioned United States Fire Insurance Company v. SteelTec Builders, LLC, et al., Case No. 1:20-cv-04514-PAE; Plaintiff and Defendants having consulted independent legal counsel in connection with this action; and Plaintiff and Defendants having agreed to the entry of this Confession of Judgment; it is

1

2

**ORDERED** that plaintiff, United States Fire Insurance Company, recover from Defendant, jointly and severally, the sum of $743,000.00 less the amount of any and all payments made by Defendants in partial payment of this sum, or $_____, plus post-judgment interest, and that Plaintiff have execution therefore.

Judgment signed this __1__ day of __February__, 20 _21_.

_Paul A. Engelmayer_
Hon.